# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

SHAWANNA SHEPARD                           CIVIL ACTION NO.  5:17-1604

VERSUS                                     JUDGE TERRY A. DOUGHTY

JOHNSON & JOHNSON, ET AL.                  MAG. JUDGE MARK L. HORNSBY

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants Johnson & Johnson
and Ethicon, Inc.'s Motion for Summary Judgment [Doc. No. 45] is GRANTED, and Plaintiff
Shawanna Shepard's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 29th day of October, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE